IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONIKA HANNA, on behalf of herself and all others similarly situated,**<br><br>          Plaintiffs,<br><br>     v.<br><br>**S-L DISTRIBUTION COMPANY, LLC**,<br><br>          Defendant. | Civil Action No. 1:19-cv-02143-JEJ<br><br>Hon. John E. Jones III |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant S-L Distribution Company, LLC hereby moves to dismiss the Complaint filed by Plaintiff Monika Hanna. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Dated: May 18, 2020          Respectfully submitted,

/s/ Sari M. Alamuddin
Sari M. Alamuddin (*pro hac vice*) (ECF user)
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
312.324.1000
sari.alamuddin@morganlewis.com

>Benjamin K. Jacobs (*pro hac vice*) (ECF User)
>Emily C. Reineberg (ECF User)
>MORGAN, LEWIS & BOCKIUS LLP
>1701 Market St.
>Philadelphia, PA 19103
>215.963.5000
>benjamin.jacobs@morganlewis.com
>emily.reineberg@morganlewis.com
>
>*Attorneys for S-L Distribution Company, LLC*

## CERTIFICATE OF SERVICE

I, Sari M. Alamuddin, hereby certify that on this 18th day of May, 2020, I caused a true and correct copy of the foregoing Motion to Dismiss and accompanying papers to be served via ECF upon the following:

Peter Winebrake, Esq.
R. Andrew Santillo, Esq.
Mark J. Gottesfeld, Esq.
**WINEBRAKE & SANTILLO, LLC**
715 Twining Road, Suite 211
Dresher, PA 19025
215.884.2491

Harold L. Lichten, Esq. (*pro hac vice*)
Matthew Thomson, Esq. (*pro hac vice*)
Zachary L. Rubin, Esq. (*pro hac vice*)
**LICHTEN & LISS-RIORDAN, P.C.**
729 Boylston Street, Suite 2000
Boston, MA 02116
617.994.5800

Chad Hatmaker, Esq.*
J. Keith Coates, Esq.*
**WOOLF, MCCLANE, BRIGHT, ALLEN & CARPENTER, PLLC**
Post Office Box 900
Knoxville, TN 37901
865.215.1000
**pro hac vice* admission anticipated*

*Counsel for Plaintiff Monika Hanna*

*/s/ Sari M. Alamuddin*
Sari M. Alamuddin

3