# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIKA HANNA, | : | 1:19-cv-2143 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| S-L DISTRIBUTION COMPANY, LLC. | : | |
| | : | |
| Defendant. | : | |

# ORDER

### January 6, 2021

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint, (Doc. 27), is **GRANTED** without prejudice.

2. The Clerk of Courts is directed to **CLOSE** the case.

s/John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania
