IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONIKA HANNA, on behalf of herself and all others similarly situated, | : : : | 1:19-cv-02143-JEJ |
| Plaintiff, | : | |
| v. | : : | |
| S-L DISTRIBUTION COMPANY, LLC, | : : | |
| Defendant. | : : | |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that Plaintiff Monika Hanna hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's January 6, 2021 Memorandum and Order (ECF Nos. 34-35), as amended by the Court's January 7, 2021 Order (ECF No. 37), granting Defendant S-L Distribution Company, LLC's motion to dismiss Plaintiff's amended complaint.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

**MONIKA HANNA, APPELLANT:**

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

1

Harold L. Lichten
Matthew Thomson
Zachary L. Rubin
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA  02116

Chad Hatmaker
J. Keith Coates
Woolf, McClane, Bright, Allen & Carpenter, PLLC
Post Office Box 900
Knoxville, TN  37901

**S-L DISTRIBUTION COMPANY, LLC, APPELLEE:**

Emily C. Reineberg
Benjamin K. Jacobs
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Sari M. Alamuddin
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601

Dated:  February 1, 2021             Respectfully submitted,

/s/ Peter Winebrake
Peter Winebrake
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Ph: (215) 884-2491
pwinebrake@winebrakelaw.com

## **CERTIFICATE OF SERVICE**

    I, Peter Winebrake, certify that on this 1st day of February, 2021, a true and correct copy of this document was served upon the following by electronic filing with the Clerk of the United States District Court for the Middle District of Pennsylvania and is available for viewing and downloading from the ECF system:

>Emily C. Reineberg
>Benjamin K Jacobs (*pro hac vice*)
>Morgan, Lewis & Bockius LLP
>1701 Market Street
>Philadelphia, PA 19103
>
>Sari M Alamuddin (*pro hac vice*)
>Morgan, Lewis & Bockius LLP
>77 West Wacker Drive, Fifth Floor
>Chicago, IL 60601

Dated: February 1, 2021        /s/ Peter Winebrake
                                          Peter Winebrake
                                          WINEBRAKE & SANTILLO, LLC
                                          715 Twining Road, Suite 211
                                          Dresher, PA 19025
                                          Ph: (215) 884-2491
                                          pwinebrake@winebrakelaw.com