## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1196

Carol Michelsen, et al v. S-L Distribution Company LLC

(U.S. District Court No.: 1-19-cv-02143)

### ORDER

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    August 18, 2021
DW/cc:   Michael E. Kenneally, Esq.
         Harold L. Lichten, Esq.
         James D. Nelson, Esq.
         Zachary L. Rubin, Esq.
         Mr. Peter J. Welsh
         Peter Winebrake, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate